**FILED**

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER STROJNIK, Sr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DRIFTWOOD HOSPITALITY MANAGEMENT, LLC; et al., <br><br> Defendants-Appellees. | No. 21-16060 <br><br> D.C. Nos. 2:20-cv-01532-DJH <br> 2:20-cv-00343-DJH <br> 2:20-cv-01434-DJH <br> District of Arizona, Phoenix <br><br> ORDER |

Before:   CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Appellees Driftwood Hospitality Management, LLC, United Hotels and Resorts, LLC, and CGD Tempe LP's unopposed motion for attorney's fees (Docket Entry No. 42) is granted. Appellees are entitled to attorney's fees on appeal. The determination of an appropriate amount of fees is referred to Appellate Commissioner Lisa B. Fitzgerald, who has authority to conduct whatever proceedings she deems appropriate and to enter an order awarding fees subject to reconsideration by the panel. *See* 9th Cir. R. 39-1.9.